UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No.:  2:24-cv-576-JLB-KCD

CALVIN ZASTROW, KENNETH
SCOTT, CHESTER GALLAGHER,
EVA ZASTROW and KATELYN
SIMS,

    Defendants.
_____/

## ORDER

    Before the Court are two motions filed by pro se Defendant Kenneth Scott. (Docs. 26, 28.) The first includes several discovery requests directed to the United States. (Doc. 26.) But Plaintiff need not file a motion for discovery, so his request is **DENIED**. *See Jones v. Hayes*, No. 119CV03997WMRCMS, 2021 WL 12188901, at *1 (N.D. Ga. Feb. 11, 2021). Discovery requests must be served on opposing counsel, not the Court. Furthermore, under this Court's local rules, discovery should not be filed unless the document is used at a hearing or trial, is necessary for a motion, or the Court orders otherwise. *See* Fed. R. Civ. P. 5(d)(1)(A); Middle District Discovery Handbook (2021) at Section I.C.1.

The second motion is a request for additional time "to prepare for a Counter Lawsuit" and "to add additional Exhibits." (Doc. 28.) Scott has already answered the amended complaint. (Doc. 13.) His request for more time will be **GRANTED**, and if Scott wishes to assert a counterclaim, or otherwise amend his answer, he must do so by **September 23, 2024**.

A couple final issues merit attention. Before filing motions, Scott must confer with opposing counsel and denote her (or his) position with respect to the relief sought. Any renewed motion must indicate in its Rule 3.01(g) certification the manner of conferral and any agreements reached. Failure to do so in the future may result in the motion being summarily denied. And Scott should refrain from including any fantastical allegations or rhetoric in his filings. *See Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("[F]ederal courts are without power to entertain claims … if they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous.").

**ORDERED** in Fort Myers, Florida on August 22, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record