Case 2:24-cv-00576 Defendant Scott's **THE DEFENDANT REQUEST THE JUDGES TO RECUSE THEMSELVES BECAUSE THEY REFUSE TO HEAR THE DEFENDANT's MOTION TO DISMISS AND THE REQUEST FOR THE EVIEDNTIARY HEARING** 09/20/24 Page 1 of 10 plus Defendant's Exhibit Fed #50 video tape of A. B. and C. clips

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO.: 2:24-CV-00576 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Calvin Zastrow, **Kenneth Scott**, Chester Gallagher, Eva Zastrow And Katelyn Sims AKA Katelyn Velasco | ) | COMPAINT before: Federal Judge John L. Badalamenti Federal Magistrate Kyle C. Dudek |
| Defendants and Defendant | ) | |

## THE DEFENDANT REQUEST THE JUDGES TO RECUSE THEMSELVES BECAUSE THEY REFUSE TO HEAR THE DEFENDANT's MOTION TO DISMISS AND THE REQUEST FOR THE EVIEDNTIARY HEARING

Comes now, Kenneth Scott , (Ambassador of the Lord Jesus Christ for the Unborn) recognizes the Court's authority on earth. The defendant asserts that there is a Higher law, God's law, which is not frivolous, and unlike man's law it is unchanging and eternal. Man put his law (antilaw) above laws change God's laws and this are where the problem is. In the end God Wins and that makes what history is all about. So, it might sound Frivolous to some Judges, but if it doesn't change there will not be a United States of America much longer.

1

The Defendants see how that their rights are being **<u>DENIED</u>** by the JUDGES' Pen, **<u>DENIED</u>**. Which means by denying the defenses to show what is happening At the Fort Myers Planned Parenthood before everything is sealed.

Defendant Scott Objects to not being able to use the First Amendment, the Fifth Amendment and the Fourteenth Amendment of the United States Constitution of the true Due Processes of the Law.

This defendant needs to show the Issues of their Defenses, before being locked into all the legal suppression of the Courts Rules that hide the facts.

1. Choice of Evils Defense.

2. Choice of Others Defense, meaning babies in the womb!

3. Justification/Necessity Defense.

This means that our Constitutional right to defend others is Quashed. The evil of selling of baby body Parts under the Florida Law is ignored although it was happening in Florida that day.

Which is worse sitting down on Planned Parenthood Property and in front of Planned Parenthood Abortion Mill or the killing of babies in the womb and then selling the baby body parts to government agencies, Pharmaceutical Companies and Universities for experimentation? Such as with mice, rats, pigs, monkeys and the unborn baby humans or dogs which was Dr. Fauci's favor choice, because dogs were the first of the animals to have covid even before being engineered by China, WHO and Dr. Fauci to just to

humans.

The government is changing the rules of law against God and God will Not bless America must longer if it doesn't STOP!!!

4. This was done as a necessary emergency measure to expose an imminent public or private injury.

5. Which was of sufficient gravity that, according to ordinary standards of intelligence and morality, the desirability and urgency of avoiding the injury clearly outweighed the desirability of avoiding the injury sought to be prevented by statute defining "Trespassing" Fl. St. 810.08 law, or furthermore using the laws of God's Word from the Bible to expose the wickedness!

6. In addition to proving all the elements of the crime charged beyond a reasonable doubt, the prosecution also has the burden to disprove the Choice of Evil's and Affirmative Defence and Justification/ Necessity Défense's beyond a reasonable doubt.

7. Defendant and other defendants sincerely believe and continues to believe, that his and their attempts to peacefully protest at the past Fort Myers Planned Parenthood in Fort Myers at their new location 6418 Commerce Park Drive as of January 2021, without the exposure of their selling Baby Body Parts makes these Défense's a priority.  This is to expose how abortion is murder with the permission of the politicians and the Federal and State Judges approval and now

3

furthermore, they have been blindly ignoring the law against harvesting and selling of baby body parts.

8. B. Florida Law States:

(Florida XLVI State Statutes 873) is about,
Sale of Anatomical Matter,
The purchase and sale of human fetal body parts is a <u>second-degree</u> felony in the State of Florida.)

9. Defendant maintains that as under the statue, he believes and continues to believe that his actions were necessary as an emergency measure to interpose for the innocent children being murdered and curb the illegal activity of Planned Parenthood and sale of baby body part

The blind Florida Justice system continues to ignore what Planned Parenthood has been doing for years. There is video evidence detailing Planned Parenthood employees and their head abortionist discussions about THEIR PROCEDURES and THEIR LAWYERS TRICKS TO AVOID BREAKING THE FEDERAL LAW OF PARTIAL-BIRTH ABORTION for the purpose of SELLING THE BABY BODY PARTS. The Abortionist also explains how their lawyers get around **<u>Planned Parenthood employees not being charge under the Partial Birth Abortion Ban</u>** if it happens to occur. Can there be any type of Questioning what creditable Doctors and Nurses are watching the ways babies are being killed then.

4

10. This defendant and others want the court to view an undercover video provided by the Center for Medical Progress to prove Planned Parenthood's crimes. Defendant and other Defendants felt in the wake of the children being killed and being ignored and not investigated by the Florida Governor, the Florida Attorney General, the Florida Legislature or any Florida Judges that the defendant needed to do something to put the spotlight on the selling of their body parts by Planned Parenthood of Fort Myers.

11. Defendant furthermore sees how Planned Parenthood can use the Government agencies to investigate the Center of Medical Progress to try to redirect what illegal activities of Planned Parenthoods by saying the videos have been edited, when that can be discredited. The American Press has now joined in the politically correctness to put these frivolous accusations out and not caring about the illegal actives of the Planned Parenthoods. After the many Federal and State Government Judges have demanded the full copies of the video tapes and then they can see when Center for Medial Progress investigators go to the bathrooms and that part is left out for the public to watch. This wasn't beneficial to include time for the public to waste watching and hear persons going to restrooms..

12. Defendant further tries to expose how Planned Parenthood uses the politicians and judges to try and redirect the spotlight to have an investigation on the persons showing the truth that Planned Parenthood has been hiding of their

illegal activity from the public for years.

**Defendant's Federal Exhibit #50 video with 3 clips in A. B. and C shows, where the laws are broken the investigation into the Florida State laws and Federal Laws are being broken by Planned Parenthood of the Southwest Florida with the following: Defendant's Federal Exhibit F-#50, A. B. C. videos**

> **Federal Law States:**
> **42 U.S. Code 289G-2** it is Illegal for the following:
>
> (a). <u>**Purchase of Tissue**</u>
>
> **"It shall be unlawful for any person to knowingly acquire, receive, or otherwise transfer any human fetal tissue for valuable consideration"**
> **It stated 10 years in jail, then $500.000.00 fine.**

After videos were produced, Congress in 2018, changed the amount of the fine to protect Planned Parenthood after getting caught, has gotten the fine of $500,000.00 reduced to fees and costs of what was charged in the procedure to procure baby body parts.

So, it is an unknown amount from that opinion now. No one wants to challenge Planned Parenthood or their lawyers and their well-known Doctor Fauci. Dr. Fauci with the University of Pittsburgh Hospital experimented on aborted babies from Planned Parenthood there.

It goes as far 1952 to document it in the Center of Medical Progress videos. See all this in Defendants Exhibit F-#50A video part.

6

**It has been now made known that all the new covid vaccines has DNA from aborted babies.  What a surprise, surprise, surprise.**

The changing of "Organ Donation and the Principles of Gift Law " **Alexandra K. GlazierCJASN August 2018, 13 (8) 1283-1284; DOI:** https://doi.org/10.2215/CJN.03740318

13. Defendant furthermore states that Planned Parenthood lobbyists have direct access to the past and present President of the United States and Most Governors to push their agenda, by appointing the Judges to continue the killing of unborn babies and now to push the sale of these baby body parts, even for military programs with DARPA as Adolph Hitler was trying to do in Germany during World War II.  This is the continued war on babies and God isn't going to let this go on much longer, wakeup and Repent before it is to late!!!

14. Defendant requests a Judge or group of Judges under Lesser Magistrate rules to say enough is enough about what Planned Parenthood is doing and then try to get them to call for an investigation, so they won't be held accountable before the Eternal Living Judge ---"God" --- "Jesus Christ" of the world, when they die.

15. The defendant wants to expose the deception of the Court System as it in many cases like the farce of the investigating the Center for Medical Progress in California, rather than investigating Planned Parenthood's sale of baby body parts, Which California Attorney General Kamala Harris sued Center of Medical Progress to silence them.   Which now Presidential Candidate Kamala Harris wants all states to have Abortions up to and through the ninth month.  Surprise! Surprise!

16. Wakeup and Repent, Federal Judges and Federal Attorneys this is with Love to warn you of God's Judgment that is coming!!! He can use any storm, country or persons, even like what happen because God will not defend this country much longer as what can be seen with Twin Towers in New York City!!!

Respectfully Submitted,                                    Dated: Sept. 20, 2024

*Kenneth T. Scott*
Kenneth Tyler Scott, Pro Se
10676 Colonial Blvd. Suite 30, Box 220
Fort Myers, Florida 33913
303-501-4706

## CERTIFICATE OF SERVICE

I here by Certify that on Sept. 20, 2024, this defendant physically filed **THE DEFENDANT REQUEST THE JUDGES TO RECUSE THEMSELVES BECAUSE THEY REFUSE TO HEAR THE DEFENDANT's MOTION TO DISMISS AND THE REQUEST FOR THE EVIEDNTIARY HEARING** In THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION and to the Federal Attorneys Office at the same location and sent emails- electronically for Pro Se Kenneth Tyler Scott,

Case No: 2:24-CV-005676 to the following:

Other defendants attorneys:

Steve Crampton
Thomas More Society
scrampton@thomasmoresociety.org

Rachael Loukonen
Cheffy Passidomo, P.A,
rloukonen@napleslaw.com

Adam J. Woodward
Woodward Law PLLC
adam@woodwardip.com

*Ken Scott*

Federal Attorneys so far:

    Roger B. Handberg  
    United States Attorney  
    Middle District of Florida

    Yohance Pettis  
    Deputy Chief, Civil Division  
    United States Attorney's Office

    Maura M. Klugman  
    Deputy Chief  
    Special Litigation

    Kelley Howard-Allen  
    Assistant States Attorney  
    Middle District of Florida  
    Florida Bar No. 0085464  
    400 North Tampa St. Suite 3200  
    Tampa, Fl. 33602  
    (813) 274-6000  
    Kelley.Howard@usado.gov

Kristen Clarke  
Assistant Attorney General  
Civil Rights Division

Steven H. Rosenbaum  
Chief -  
Special Litigation

Haley Van Erem  
Lead Counsel

Richard C. Goemann  
Eileen Ulate (202) 705-8762  
Trial Attorneys  
Special Litigation Section  
Civil Rights Division  
U.S. Department of Justice  
950 Penn, Ave. N,W. -4CON  
Washington, DC 20530  
(202) 598-5016  
Haley.Vanerem@usdoj.gov  
Nastasha-Eileen.Ulate@usadoj.gov

*Ken Scott*  
9/20/24

9