Case 2:24-cv-00576 Defendant WITHDRAWING MOTION RECUSING THE JUDGES IN THIS CASE Filed 10/2/24 Page 1 of 3.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:24-CV-00576 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Calvin Zastrow, **Kenneth Scott**, | ) | COMPAINT |
| Chester Gallagher, Eva Zastrow | ) | before: |
| And Katelyn Sims AKA Katelyn | ) | Federal Judge John L. Badalamenti |
| Velasco | ) | Federal Magistrate Kyle C. Dudek |
| Defendants and Defendant | ) | |

# DEFENDANT WITHDRAWING
# MOTION RECUSING THE JUDGES IN THIS CASE

Comes now, Kenneth Scott , (Ambassador of the Lord Jesus Christ for the Unborn) recognizes the Court's authority on earth.

Defendant is withdrawing the Motion to Recuse both Judges, Judge John l. Badalamenti and Judge Kyle C. Dudek after considerable contemplation.

1

Dated: Oct. 2, 2024.

Respectfully Submitted,

*Kenneth T. Scott*

Kenneth T. Scott, Pro Se

10676 Colonial Blvd. Suite #30-220
Fort Myers Florida, 33913
phone# 303-501-4706
Email: kenandjo.scott@gmail.com

## CERTIFICATE OF SERVICE

I here by Certify that on Oct. 2, 2024, this defendant physically filed, Motion of Defendant WITHDRAWING MOTION RECUSING THE JUDGES IN THIS CASE filed against him In THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION and sent it regular mail to Assistant States Attorney Kelley Howard-Allen 400 North Tampa St. Suite 3200 Tampa, Fl. 33602 and sent emails- electronically for Pro Se Kenneth Tyler Scott, Case No: 2:24-CV-005676 to the following:

Other defendants attorneys:

Steve Crampton
Thomas More Society
scrampton@thomasmoresociety.org

Rachael Loukonen
Cheffy Passidomo, P.A,
rloukonen@napleslaw.com

Adam J. Woodward
Woodward Law PLLC
adam@woodwardip.com

*Ken Scott*

2

Federal Attorneys so far:

| | |
|---|---|
| Roger B. Handberg<br>United States Attorney<br>Middle District of Florida | Kristen Clarke<br>Assistant Attorney General<br>Civil Rights Division |
| Yohance Pettis<br>Deputy Chief, Civil Division<br>United States Attorney's Office | Steven H. Rosenbaum<br>Chief -<br>Special Litigation |
| Maura M. Klugman<br>Deputy Chief<br>Special Litigation | Haley Van Erem<br>Lead Counsel |
| Kelley Howard-Allen<br>Assistant States Attorney<br>Middle District of Florida<br>Florida Bar No. 0085464<br>400 North Tampa St. Suite 3200<br>Tampa, Fl. 33602<br>(813) 274-6000<br>Kelley.Howard@usado.gov | Richard C. Goemann<br>Eileen Ulate (202) 705-8762<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Penn, Ave. N,W. -4CON<br>Washington, DC 20530 |

Oct 2, 2024

Ken Scott

3