IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:24-CV-576-JLB-KCD |
| Plaintiff, | ) |
| v. | ) |
| CALVIN ZASTROW, KENNETH SCOTT, CHESTER GALLAGHER, EVA ZASTROW, AND KATELYN SIMS AKA KATELYN VELASCO, | ) |
| Defendants. | ) |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), the United States and Defendant Kenneth Scott hereby notify the Court of the voluntary dismissal of this action (ECF No. 7), with prejudice, including any third-party claims and counterclaims asserted by Defendant Kenneth Scott (ECF Nos. 13, 45). Pursuant to Rule 41(a)(1)(A)(i), the United States hereby notifies the Court of the voluntary dismissal with prejudice of the claims against Defendants Calvin Zastrow, Chester Gallagher, Eva Zastrow, and Katelyn Sims AKA Katelyn Velasco.

Respectfully submitted,

ROGER B. HANDBERG  
United States Attorney  
Middle District of Florida

KATHLEEN WOLFE  
Deputy Assistant Attorney General  
Civil Rights Division


 /s/ Yohance A. Pettis  
YOHANCE PETTIS  
Deputy Chief, Civil Division  
Assistant United States Attorney  
Florida Bar No. 021216  
United States Attorney's Office  
Middle District of Florida  
400 North Tampa Street, Suite 3200  
Tampa, FL 33602  
(813) 274-6000  
Yohance.Pettis@usdoj.gov

*Counsel for United States*

 /s/ Regan Rush  
REGAN RUSH  
Chief, Special Litigation Section  
D.C. Bar No 980252  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W. – 4CON  
Washington, DC 20530  
Regan.Rush@usdoj.gov

*Counsel for United States*


 /s/ Adam J. Woodward  
ADAM J. WOODWARD, Esq.  
WOODWARD LAW, PLLC  
27499 Riverview Center Blvd, Ste. 259  
Bonita Springs, FL 34134  
Florida Bar No. 1029147  
adam@woodwardip.com  
(770) 421-5414  
STEPHEN M. CRAMPTON, Esq.  
THOMAS MORE SOCIETY  
P.O. Box 4506  
Tupelo, MS 38803  
scrampton@thomasmoresociety.org  
(662) 255-9439

*Counsel for Defendants Calvin Zastrow, Eva Zastrow, Chester Gallagher, and Kenneth Scott*